In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Executor of and Trustee under the Will of SETH LOW, Deceased.

ROBERT L. PIERREPONT et al., Appellants; MARIAN L. RAYMOND et al., Respondents.

(Argued October 21, 1931; decided November 17, 1931.)

Jackson A. Dykman for Robert L. Pierrepont et al., appellants.

Francis Smyth for Rector, Church Wardens and Vestrymen of Saint George's Protestant Episcopal Church, appellants.

C. Alexander Capron and David Kelly for Marian L. Raymond et al., respondents.

William M. Patterson and John Ewen for Charles A. Frank, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not voting: CRANE, J.